UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 02 CR 719  **JUDGE HOLDERMAN** |
| | ) | |
| v. | ) | Violations: Title 21, United States Code, Sections 846 and 843(b), and Title 18, United States Code, Sections 1956, 922(g)(1), and 2. |
| | ) | |
| JUAN FRANCISCO CORRAL, also known as "Orco" | ) | SUPERSEDING INFORMATION |

FILED MAY 7 2003 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

DOCKETED MAY 0 7 2003

**COUNT ONE**   MAGISTRATE JUDGE SIDNEY I. SCHENKIER

The UNITED STATES ATTORNEY charges:

1. Beginning on a date unknown but not later than in or about June of 2000, and continuing until on or about October 23, 2002, at Aurora, in the Northern District of Illinois, Eastern Division, and elsewhere,

JUAN FRANCISCO CORRAL,
also known as "Orco,"

defendant herein, and Raphael Pena, Jose Aguirre, Abraham Estremera, Jose Oliva, Alvaro Chavez, Jose X. Hernandez, Steve Liscano, David Bustamante, Miguel Bustamante, and John Gonzalez ("the indicted co-conspirators") did conspire and agree with each others and with unindicted co-conspirators Robert Ranjel and Jose Martinez, and others known and unknown, to knowingly and intentionally possess with intent to distribute and to distribute controlled substances, namely, in excess of 5 kilograms of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. It was part of the conspiracy that defendant JUAN FRANCISCO CORRAL supplied cocaine to members of the AURORA LATIN KINGS STREET GANG who sold cocaine to customers in various parts of Aurora, Illinois, and elsewhere.

3. It was further part of the conspiracy that all the indicted co-conspirators used their membership in, and affiliation with, the AURORA LATIN KINGS STREET GANG to obtain and distribute cocaine in Aurora.

4. It was further part of the conspiracy that defendant JUAN FRANCISCO CORRAL and the indicted co-conspirators conspired to store, package and distribute the cocaine. AURORA LATIN KINGS STREET GANG members also collected, counted and stored the cash proceeds of the drug trafficking at various locations in and around Aurora.

5. It was further part of the conspiracy that on numerous occasions, defendant JUAN CORRAL obtained amounts of cocaine from others, including co-conspirator Alvaro Chavez.

6. It was further part of the conspiracy that the indicted co-conspirators, including defendant JUAN FRANCISCO CORRAL and co-conspirators Raphael Pena, Abraham Estremera, Jose X. Hernandez, Jose Oliva, and Miguel Bustamante kept firearms for purposes of protection during drug dealing activities as well as protection of the storage of narcotics and proceeds of narcotics distribution.

7. It was further part of the conspiracy that on numerous occasions, defendant JUAN FRANCISCO CORRAL, the indicted co-conspirators, and other co-conspirators called to or from cellular telephones and land-line telephones, to facilitate their drug transactions.

8. It was further part of the conspiracy that the named defendants and other co-conspirators would and did conceal and hide, and cause to be concealed and hidden, the purposes of the acts done in furtherance of the conspiracy, and would and did use coded language, surveillance and counter-surveillance techniques, and other means to avoid detection and apprehension by law enforcement authorities and otherwise to provide security to the members of the conspiracy;

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about June 19, 2002, at Chicago, in the Northern District of Illinois, Eastern Division,

JUAN FRANCISCO CORRAL,
also known as "Orco,"

defendant herein, knowingly and intentionally used and caused to be used a communication facility, namely, a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 841(a)(1), possession with intent to distribute and to distribute a controlled substance, namely mixtures and substances containing cocaine; that is, defendant JUAN FRANCISCO CORRAL used a telephone to discuss a deal in which Alvaro Chavez would act as a middleman for the sale of 50 kilograms of cocaine to CORRAL to be supplied by an unnamed individual;

In violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT THREE

The UNITED STATES ATTORNEY further charges:

On or about June 23, 2002, at Chicago, in the Northern District of Illinois, Eastern Division,

JUAN FRANCISCO CORRAL,
also known as "Orco,"

defendant herein, knowingly and intentionally used and caused to be used a communication facility, namely, a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 841(a)(1), possession with intent to distribute and to distribute a controlled substance, namely mixtures and substances containing cocaine; that is, defendant JUAN FRANCISCO CORRAL used a telephone to discuss obtaining 50 kilograms of cocaine from an unnamed individual;

In violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT FOUR

The UNITED STATES ATTORNEY further charges:

On or about June 24, 2002, at Chicago, in the Northern District of Illinois, Eastern Division,

JUAN FRANCISCO CORRAL,
also known as "Orco,"

defendant herein, knowingly and intentionally used and caused to be used a communication facility, namely, a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 841(a)(1), possession with intent to distribute and to distribute a controlled substance, namely mixtures and substances containing cocaine; that is, defendant JUAN FRANCISCO CORRAL used a telephone to discuss counting the 50 kilograms of cocaine that CORRAL and another individual had just picked up from an unnamed individual;

In violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT FIVE

The UNITED STATES ATTORNEY further charges:

In or about June, 2002, at Aurora, in the Northern District of Illinois, Eastern Division,

JUAN FRANCISCO CORRAL,
also known as "Orco,"

defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate commerce, in that the firearm had traveled in interstate commerce prior to defendant's possession of the firearm, namely one Glock Model M-19, 9mm semi-automatic pistol, bearing serial number SX086;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX

The UNITED STATES ATTORNEY further charges:

Between about July of 2000 and October 23, 2002, in Aurora, in the Northern District of Illinois, Eastern Division,

### JUAN FRANCISCO CORRAL,

defendant herein, did knowingly conduct and attempt to conduct and cause to be conducted a financial transaction in and affecting interstate commerce, which financial transaction involved the proceeds of specified unlawful activity, namely conspiracy to possess with the intent to distribute and distribute in excess of 5 kilograms of cocaine, with the intent to promote the carrying on of such unlawful activity, knowing that the funds involved in the transaction represented the proceeds of some form of unlawful activity, in that defendant JUAN FRANCISCO CORRAL and others deposited at least $300,000 of proceeds from the illegal sale of cocaine into safe deposit box number 4510 at the Old Second National Bank in Aurora, Illinois and at least $100,000 of proceeds from the illegal sale of cocaine into safe deposit box number 4326 at the West Suburban Bank in Aurora, Illinois.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

## FORFEITURE ALLEGATION

The UNITED STATES ATTORNEY further charges:

1. The allegations of Count One of this Superseding Information are realleged and incorporated herein by reference for the purpose of alleging that certain property is subject to forfeiture to the United States, pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of his violation of Title 21, United States Code, Section 846, as alleged in the foregoing Superseding Information,

JUAN FRANCISCO CORRAL,
also known as "Orco,"

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2): (1) any and all property constituting or derived from, any proceeds they obtained, directly or indirectly, as a result of the violations; and (2) any and all of property used, or intended to be used, in any manner or part, to commit or facilitate the commission of the violations.

3. The interests of the defendant subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853, include, but are not limited to: approximately $ 1,500,000; miscellaneous jewelry; and various firearms. Specifically, this includes $499,800 in United States Currency and a Glock, Model M-19, 9mm pistol with a serial number of SX086.

4. If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred to, sold to, or deposited with a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value;

    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of substitute property belonging to defendants under the provisions of Title 21, United States Code, Section 853(p).

  All pursuant to Title 21, United States Code, Section 853.


_Patrick J. Fitzgerald by DHS_
UNITED STATES ATTORNEY