Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 02 CR 719 - 1 | **DATE** | 3/15/2012 |
| **CASE TITLE** | USA vs. Juan Corral | | |

**DOCKET ENTRY TEXT**

Government's Rule 35 motion for reduction of sentence [675] is granted. It is ordered that the defendant's sentence be reduced to 144 months.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | AMM |
|---|---|---|